IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PRUNTY,

        Petitioner,          No. CIV S-08-0963 MCE KJM P

    vs.

LARRY SCRIBNER, Warden,

        Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner has filed a motion asking that the court stay the habeas petition already on file so that petitioner may exhaust state court remedies with respect to two of his claims. Good cause appearing, petitioner's request that this matter be stayed will be granted.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for a stay (#2) is granted;

2. This matter is stayed;

3. The Clerk of the Court is directed to administratively close this case; and

4. Petitioner shall inform the court within fifteen days of the completion of the exhaustion of state court remedies with respect to the claims in his application for writ of habeas corpus.

DATED: November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
prun0963.sty

2